IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KATHRYN MINER, ON BEHALF OF
CALVIN SMITH,

    Plaintiff,

v.

STATE OF WISCONSIN DEPARTMENT
OF CORRECTIONS, et al.,

    Defendants.

ORDER

Case No. 17-cv-734-bbc

---

Plaintiff Kathryn Miner has filed a proposed complaint. Plaintiff seeks to commence this lawsuit without prepayment of the filing fee pursuant to 28 U.S.C. § 1915.

From plaintiff's affidavit of indigency, I cannot determine whether plaintiff qualifies for indigent status. The affidavit indicates that plaintiff is unemployed, is not married, and that the only source of income plaintiff receives is a food coupon (Quest card) in the amount of $194. However, plaintiff does not include information regarding paying for other basic living expenses, such as clothing and shelter. Without this information, I am unable to determine whether plaintiff qualifies for indigent status. Therefore, I will provide plaintiff with the opportunity to supplement the request for leave to proceed without paying the filing fee by completing the enclosed affidavit of indigency. When completing the affidavit, plaintiff should take care to show how basic necessities are paid, and include plaintiff's actual gross monthly income from all sources for the last 12 months.

ORDER

IT IS ORDERED that plaintiff Kathryn Miner, may have until November 22, 2017, to amend and return the affidavit of indigency, taking particular care to show how basic

necessities are paid, and include actual gross monthly income from all sources for the last 12 months. If plaintiff fails to provide this requested financial information, then the court will deny the request for leave to proceed without prepayment of the filing fee for failure to show indigency.

Entered this 1st day of November, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge