IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KATHRYN MINER,

                       Plaintiff,

    v.

STATE OF WISCONSIN DEPARTMENT OF CORRECTIONS
and CATHY JESS, Secretary,

                       Defendants.

ORDER

17-cv-734-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Pro se plaintiff Kathryn Miner is proceeding in this case on a claim that she has been barred from visiting her incarcerated son, Calvin Smith, in violation of the Americans with Disabilities Act and Rehabilitation Act. On November 16, 2018, defendants State of Wisconsin Department of Corrections and Cathy Jess filed a motion for summary judgment. Dkt. #18. Plaintiff's response brief was due on December 17, 2018, but the court extended her deadline to January 2, 2019 at her request. Dkt. #23. Plaintiff's new deadline has passed and she has not responded to defendants' motion. Her failure to respond to defendants' motion suggests that she may have lost interest in pursuing her case and no longer intends to prosecute it.

      I will give plaintiff one more opportunity to submit a substantive response to defendants' motion for summary judgment. If she fails to do so by the new deadline, I will dismiss this case with prejudice under Rule 41 of the Federal Rules of Civil Procedure for plaintiff's failure to prosecute.

1

ORDER

IT IS ORDERED that plaintiff Kathryn Miner may have until January 18, 2019 to file a response to defendants' motion for summary judgment. If plaintiff does not respond by that date, I will dismiss this case with prejudice under Fed. R. Civ. P. 41 for plaintiff's failure to prosecute it.

Entered this 11th day of January, 2019.

BY THE COURT:

/s/
_____
BARBARA B. CRABB
District Judge