IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KATHRYN MINER,

                Plaintiff,

    v.

STATE OF WISCONSIN DEPARTMENT
OF CORRECTIONS and CATHY JESS,
Secretary,

                Defendants.

ORDER

17-cv-734-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On November 16, 2018, defendants State of Wisconsin Department of Corrections and Cathy Jess moved for summary judgment on pro se plaintiff Kathryn Miner's claims under the Americans with Disabilities Act and Rehabilitation Act. Dkt. #18. Plaintiff's opposition materials were due on December 17, 2018, but the court extended her deadline to January 2, 2019 at her request. Dkt. #23. Plaintiff's new deadline passed and she did not respond to defendants' motion. On January 11, I gave plaintiff until January 18 to file a response to defendants' motion for summary judgment and warned her that her case would be dismissed for failure to prosecute if she did not respond. Dkt. #25. The deadline has passed, and the court has received nothing from plaintiff. Accordingly, I am dismissing this case with prejudice for plaintiff's failure to prosecute. James v. McDonald's Corp., 417 F.3d 672, 681 (7th Cir. 2005) ("A district court has the authority under Federal Rule of Civil Procedure 41(b) to enter a sua sponte order of dismissal for lack of prosecution.").

1

ORDER

IT IS ORDERED that plaintiff Kathryn Miner's claims are DISMISSED WITH PREJUDICE for failure to prosecute. The clerk of court is directed to enter judgment for defendants and close this case.

Entered this 14th day of February, 2019.

BY THE COURT:

/s/
_____
BARBARA B. CRABB
District Judge