IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KATHRYN MINER,

    Plaintiff,

  v.

Case No. 17-cv-734-bbc

STATE OF WISCONSIN DEPARTMENT OF
CORRECTIONS, JON LITSCHER,
JIM SCHWOCHERT, MARK L. ELSGERBER,
SCOTT ECKSTEIN, STEVE SCHUELER,
JOHN KIND AND CATHY JESS,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor defendants dismissing this case with prejudice.

| /s/ | 2/14/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |